IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

HERMAN BROWN                                                                                          PLAINTIFF

vs.                                                                                              No. 4:05CV188-D-A

LAWRENCE KELLY; et al.                                                                        DEFENDANTS

## FINAL JUDGMENT

On consideration of the file and records in this action, the court finds that the report and recommendation of the United States Magistrate Judge dated October 26, 2005, was on that date duly served by first class mail upon the Plaintiff and by first class mail upon the attorney of record for the Defendants; that more than ten days have elapsed since service of said report and recommendation; and that no objection thereto has been filed or served by said parties. The court is of the opinion that the report and recommendation should be approved and adopted as the opinion of the court.

It is, therefore, **ORDERED** that**:**

1. the report and recommendation of the Magistrate Judge dated October 26, 2005, is hereby APPROVED AND ADOPTED as the opinion of the court; and

2. the Plaintiff's claims against Lawrence Kelly, Christopher Epps, Emmitt Sparkman, Earnest Lee, Dylester Foster, Stanley Flagg, and Beverly Williams are DISMISSED WITH PREJUDICE.

THIS, the 21st day of November 2005.

/s/ Glen H. Davidson
Chief Judge